# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 11-786V
### (Not to be published)

* * * * * * * * * * * * * * * * * * * * * * * *

ARTURO RODRIGUEZ, an        *
individual,        *
       *
         Petitioner,        *
       *        Filed: June 5, 3013
       v.        *
       *        Decision on Attorneys'
SECRETARY OF HEALTH AND        *        Fees and Costs
HUMAN SERVICES        *
       *
         Respondent.        *
       *

* * * * * * * * * * * * * * * * * * * * * * * *

## DECISION[1] (ATTORNEY FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[2] a Decision was issued by Chief Special Master Campbell-Smith on November 2, 2012. The parties filed a stipulation on May 31, 2013, concerning attorney's fees and costs in this matter. The parties' stipulation requests a payment of $12,900.38, representing attorney's fees and costs. Pursuant to General Order #9, Petitioner stated that he has not paid any costs or fees associated with this application.

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total of $12,900.38, as a**

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party (1) that is trade secret or commercial or financial information and is privileged or confidential, or (2) that are medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, "the entire" decision will be available to the public. Id.

[2] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 et seq. (2006).

**lump sum in the form of a check payable jointly to Petitioner and Petitioner's counsel, Erin A. Juzapavicus, Esq. Milam Howard Nicandri Dees & Gillam, P.A., 14 East Bay Street, Jacksonville, FL, 32202.**

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.

**IT IS SO ORDERED**

_/s/ Lisa Hamilton-Fieldman._
Lisa Hamilton-Fieldman
Special Master